# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: REGLAN LITIGATION : No. 577 EAL 2013

:

:

PETITION OF:  WYETH LLC, WYETH : Petition for Allowance of Appeal from the
PHARMACEUTICALS, INC. AND WYETH : Order of the Superior Court
HOLDINGS CORPORATION :
(COLLECTIVELY "WYETH") :

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.

Mr. Justice Stevens did not participate in the decision or consideration of this matter.